IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SHELIGA, | ELECTRONICALLY FILED |
| Plaintiff, | No. 3:23-cv-00139-KRG |
| v. | |
| WINDBER BOROUGH, BRIAN MILLER, and DANIEL SCHRADER, | Judge Stephanie L. Haines |
| Defendants. | |

## MOTION FOR LOCAL RULE 16 SETTLEMENT PROCESS

AND NOW comes Plaintiff Michael Sheliga, Pro Se, to file this Motion for a Local Rule 16 Settlement Procedure, including settlement discussions and an ADR or similar process, since this case has been reassigned to Judge Haines. As grounds:

1. This case has been on going for about two years.

2. During that time there have been zero settlement discussions.

3. Plaintiff is primarily asking Windber to read and follow rulings such as Watchtower v. Stratton and *Houston v. Hill*.

4. Plaintiff has asked for token $1 in damages for 3 of the 4 counts in the complaint.

5. Plaintiff is willing to negotiate on the $3 and the remaining count.

6. Via Local Rule 16, Plaintiff and related Defendant Windber Police Chief Frear have been able to reach a tentative agreement in a second suit, primarily that Windber read and try to follow *Watchtower v Stratton (U.S. 2002)*.

7. Until a few months ago this case was assigned to Judge Gibson, at which time it was reassigned to Judge Haines.

8. Plaintiff understands that Judge Haines normally mandates local rule 16 settlement talks (such as ADR or ENE) before litigation proceeds.

9. Magistrate Judge Pesto may be working on portions of this case.

10. The four counts of the complaint vary widely in terms of claims, disputed issues of fact and status (incident on video or not, video claim testified as incorrect or not, count heard in preliminary injunction hearing or not).

11. It would serve judicial economy to stop other work and enter into the Local Rule 16 settlement procedures at this time.

12. A proposed order is attached.

Wherefore Plaintiff asks the Court to Order Local Rule 16 settlement discussions.

Respectfully submitted,

By: /s/ Michael Sheliga, Pro Se

Michael Sheliga
580 Ville Ponteaux Lane
Richmond, VA 23238
878.295.0096 (cell)  804.476.9077 (home)
msheliga1 "at" gmail.com